Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas ☑

Central Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 14 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| Betty Lopez Figueroa <br> _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> Penske Truck Rental et .al <br> Penske Truck Leasing Co.,L.P. et. al <br> Rodger Eversoll et. al <br> Rick Duffy et. al <br> _____ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 4:23-cv-122-DPM <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No <br><br><br> This case assigned to District Judge Marshall <br> and to Magistrate Judge Ervin |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Betty Lopez Figueroa |
   | Street Address | 911 Carson Bridge Rd. |
   | City and County | Lonoke |
   | State and Zip Code | Arkansas  72086 |
   | Telephone Number | 501 215 3628 |
   | E-mail Address | Bettyglopez2022@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Penske Truck Rental / Penske Corparation et .al |
| Job or Title (if known) | |
| Street Address | 3600 W 65th St |
| City and County | Little Rock |
| State and Zip Code | Arkansas   72209 |
| Telephone Number | (501) 562-3744 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Penske Truck Leasing Co.,L.P.  et. al |
| Job or Title (if known) | |
| Street Address | 3600 W 65th St |
| City and County | Little Rock |
| State and Zip Code | Arkansas   72209 |
| Telephone Number | (501) 562-3744 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Rodger Penske et. al |
| Job or Title (if known) | chair / Ceo |
| Street Address | 2555 Telegraph Road |
| City and County | Bloomfield Hills            United States |
| State and Zip Code | MI   48302 |
| Telephone Number | (248 ) 648 - 2500 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Rick Duffy et. al |
| Job or Title (if known) | |
| Street Address | 3600 W 65th St |
| City and County | Little Rock |
| State and Zip Code | Arkansas   72209 |
| Telephone Number | (501) 562-3744 |
| E-mail Address (if known) | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* __Bettty Lopez Figueroa__, is a citizen of the State of *(name)* __Arkansas__.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* __Penske Corparation et, al__, is incorporated under the laws of the State of *(name)* __Arkansas__, and has its principal place of business in the State of *(name)* __Michigan__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* __Michigan__.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Penske is liable for the injuries. ( TBI ) Betty will never be the person she was befor Penske Truck hit her car. I am not sure how much money to ask for. No amount will return her to the sweet happy person she was. I want it to be fair to both sides .. $ 500,000.00 should cover all her cost for the rest of her life. TBI injuries  CDC claims between 50% of people will die within 5 years of there injury.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 04/16/2022 , at *(place)* Gyer Springs Road Little Rock Arkansas. ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
Negligence, When a person acts carelessly, causing injury to another, they are legally liable for it.
Hit and run accident causing TBI penske truck totaled the new car. The truck was reported stolen about the same time as the hit n run. The penske employee was the driver befor it was stolen (not a rental truck) left the keys inside the truck making it easy to get stolen.  aprox. 89% of the accidents with Penske Trucks are reported stolen in the U.S.  Penske has the Duty to Care for the well-beings of others . There is a reason Penske trucks are stolen. Penske is aware & refuses to fix the key locks any key will open and start Penske trucks.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Penske inmployee leaving key in a unoccupied truck that is always being stolen due to Penske refusing to fix the problem. They have been aware for some time now. almost any key will start a Penske truck . There was a lawsuit filed over it before.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want it to be fair to both sides .. $ 500,000.00 should cover all her cost for the rest of her life.
TBI injuries  CDC claims between 50% of people will die within 5 years of there injury.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/06/2023

Signature of Plaintiff  *Betty Lopez Figueroa* (signature)
Printed Name of Plaintiff  Betty Lopez Figueroa

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address