IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BETTY LOPEZ FIGUEROA                                              PLAINTIFF

v.                          No. 4:23-cv-122-DPM

PENSKE TRUCK RENTAL,
other Penske Corporation;
PENSKE TRUCK LEASING CO., LP;
RODGER PENSKE, Chair, CEO;
RICK DUFFY                                                       DEFENDANTS

ORDER

1. Figueroa's application to proceed *in forma pauperis*, Doc. 1, is granted. She reports living on disability income.

2. The Court must screen her complaint. 28 U.S.C. § 1915(e)(2). In April 2022, Figueroa's car was totaled and she was left with a traumatic brain injury when an unknown thief driving a stolen Penske truck hit her car and ran from the scene. *Doc. 2 at 4.* She says Penske knew its vehicles could be operated with a variety of keys, negligently refused to fix the known problem, and, as a result, is responsible for the avoidable theft of the truck and resulting car crash, which caused her injuries.

Figueroa says this Court has diversity jurisdiction to hear this case. She easily satisfies the amount in controversy requirement by seeking damages of $500,000. But there doesn't appear to be complete

diversity of citizenship. Roger Eversoll is a Michigander. The remaining defendants and Figueroa are all Arkansawyers, so there's no diversity jurisdiction over the negligence claim. 28 U.S.C. § 1332(a). Even if Figueroa wrongly identified the addresses of the Penske defendants' state of incorporation, principal place of business, or members, Duffy is plainly an Arkansawyer, which defeats complete diversity. And the case presents no question of federal law. Because the Court lacks original jurisdiction, it cannot exercise supplemental jurisdiction over Figueroa's state law claim for negligence. 28 U.S.C. § 1367(a). The Court will therefore dismiss this case without prejudice.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 October 2023