IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BETTY LOPEZ FIGUEROA                                                              PLAINTIFF

v.                              No. 4:23-cv-122-DPM

PENSKE TRUCK RENTAL,
other Penske Corporation;
PENSKE TRUCK LEASING CO., LP;
RODGER PENSKE, Chair, CEO;
RICK DUFFY                                                                        DEFENDANTS

JUDGMENT

Figueroa's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 October 2023